JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH SEPULVEDA,<br><br>       Plaintiff,<br><br>       v.<br><br>ANDREW SAUL, Commissioner<br>of Social Security,<br><br>       Defendant. | Case No. EDCV 18-1630-JPR<br><br><br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED IN PART; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED IN PART; and (3) judgment is entered in Plaintiff's favor.

DATED: September 11, 2019

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE